

Cullen and Dykman LLP
80 State Street, Suite 900
Albany, New York 12207

**CHRISTOPHER E. BUCKEY**
**PARTNER**
DIRECT: (518) 788-9406
CBUCKEY@CULLENLLP.COM

October 17, 2024

<u>**VIA ECF-PACER**</u>
Magistrate Judge Miroslav Lovric
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

    Re:   *Adirondack Trust Company v. Maha Laxmi Corp.*, *et. al.*
           1:21-cv-01334-DNH-ML (N.D.N.Y.)

Dear Judge Lovric:

    This firm represents Plaintiff Adirondack Trust Company ("<u>ATC</u>") in the above-referenced matter. In accordance with the Court's October 16, 2024 text order (Dkt. 106), attached is a proposed stipulation and order prohibiting direct contact or communication by the parties concerning the subject matter of this litigation. The proposed stipulation and order has been executed by counsel for all parties.

    Also attached is a proposed confidentiality order restricting the dissemination or sharing of materials exchanged in discovery in this matter. The proposed order is identical to the proposed stipulation and order provided to Defendants on March 27, 2024.

    Please contact me if the Court has any questions.

                                                           Respectfully,

                                                          Christopher E. Buckey

cc:    All Counsel of Record (via ECF-PACER)