**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

ADIRONDACK TRUST COMPANY,

                Plaintiff,

v.

MAHA LAXMI CORP., MAHA LAXMI II
CORP., JAGDAMBA INC., JAGDAMBA II
CORP., JAGDAMBA III CORP., JAGDAMBA
V CORP., JAGDAMBA VI CORP.,
NORTHEAST DINING & LODGING, INC.,
POUGHKEEPSIE GC, INC., SYRACUSE GC,
INC., NIRAL A. PATEL, and NIRMALA A.
PATEL,

                Defendants.

1:21-cv-01334-DNH-ML

**[PROPOSED]**
**PROTECTIVE ORDER**

---

U.S. MAGISTRATE JUDGE MIROSLAV LOVRIC.

    The parties having agreed to the following, and the Court having found that good cause exists for issuance of an appropriately tailored protective order governing the pendency of this action, it is therefore hereby

    **ORDERED** that the parties to this action with actual or constructive notice of this Order shall adhere to the following terms, upon pain of contempt:

    1.    Defendant Niral A. Patel and Nirmala A. Patel ("Defendants") shall not contact or communicate by any means with Adirondack Trust Company ("Plaintiff") employees, officers, or board members concerning the subject matter of this litigation without the presence or consent of Plaintiff's counsel.

2.    Likewise, Plaintiff's employees, officers and board members shall not contact or communicate by any means with Defendants concerning the subject matter of this litigation without the presence or consent of Defendants' counsel.

**SO STIPULATED AND AGREED**.

Respectfully submitted,

Dated:    October 16, 2024
          Albany, New York

**CULLEN AND DYKMAN LLP**

By:    /s/ *Christopher E. Buckey*
       Christopher E. Buckey, Esq.
       Nicholas J. Faso, Esq.
       Kristen A. Davis, Esq.
       80 State Street, Suite 900
       Albany, New York 12207
       (518) 788-9406
       cbuckey@cullenllp.com
       nfaso@cullenllp.com
       kdavis@cullenllp.com

       *Attorneys for Plaintiff and Counterclaim Defendant Adirondack Trust Company*

Dated:    October 16, 2024
          Albany, New York

**WHITEMAN OSTERMAN & HANNA LLP**

By:    /s/ *William S. Nolan*

       William S. Nolan
       Jennifer M. Yetto
       One Commerce Plaza
       Albany, NY 12260
       518-487-7764
       wnolan@woh.com

       *Attorneys for Defendants and Counter Claimants Jagdamba III Corp., Jagdamba Inc., Jagdamba V Corp., Jagdamba VI Corp., Northeast Dining & Lodging, Inc., Poughkeepsie GC, Inc., Syracuse GC, Inc., Niral A. Patel and Nirmala A. Patel*

SO ORDERED:

Hon. Miroslav Lovric
United States Magistrate Judge

Dated: October 18, 2024