

Cullen and Dykman LLP
80 State Street, Suite 900
Albany, New York 12207

**CHRISTOPHER E. BUCKEY**
**PARTNER**
DIRECT: (518) 788-9406
CBUCKEY@CULLENLLP.COM

October 28, 2024

**VIA ECF-PACER**

Magistrate Judge Miroslav Lovric
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

      Re:    *Adirondack Trust Company v. Maha Laxmi Corp.*, et. al.
               1:21-cv-01334-DNH-ML (N.D.N.Y.)

Dear Judge Lovric:

      This firm represents Plaintiff Adirondack Trust Company ("ATC") in the above-referenced matter. We write in accordance with the Court's October 25, 2024 directive to provide a status letter regarding the editing of ATC's Wikipedia page (Dkt. 111).

      Counsel for the parties met and conferred this morning. We understand that Defendants will provide a sworn affidavit from Niral Patel denying that he, or anyone on his behalf, made the Wikipedia edits set forth in our October 25, 2024 correspondence (Dkt. 111). Upon receipt of that sworn affidavit, ATC will determine whether it will request permission to serve a subpoena on Wikipedia and/or to seek a forensic examination of Mr. Patel's devices.

      Additionally, as we discussed with Defendants' counsel this morning, ATC will begin the process of correcting the false information added to its Wikipedia page. If necessary, ATC will state to Wikipedia that it believes the incorrect information was provided by or on behalf of Mr. Patel, a disgruntled litigant.

      Please contact me if the Court has any questions.

      Respectfully,

      Christopher E. Buckey

October 28, 2024<br>Page No.: 2

cc:    All Counsel of Record (via ECF-PACER)

601.44000 21225887