# EXHIBIT A
# Rahul Jain Letter

Rahul Jain
303 Georgia Avenue SE
Atlanta, Georgia 30312
rahuljain@me.com
(404) 906-9065

October 30, 2024

Attorney Christopher E. Buckey
c/o Cullen and Dykman Law Firm
80 State Street, Suite 900
Albany, NY 12207
VIA EMAIL to CBuckey@cullenllp.com

Christopher Buckey:

Please be advised, it has come to my attention through the examination of public court records that you are seeking to use federal court subpoena powers to unlawfully unveil my editing on Wikipedia of the Adirondack Trust Company Wikipedia Page, which I defended against deletion under a previous pseudonym several years ago. I strenuously object to your pursuit of public disclosure of my personal information using the false narrative you, your firm, and your client have created about my activity.

Please be advised, first and foremost, that I consider recent filings in the ATC lawsuit against Niral A. Patel's family and businesses regarding my Wikipedia entries to be disingenuous, misleading, and representative of attorney misconduct. At no time have I made an assertion on Wikipedia regarding ATC in violation of its terms and conditions, or at the undue expense of your client, or in violation of court order.

Please be advised, neither you nor your firm has the authority to infringe upon my rights to send a single anonymous communication to your client regarding potential risks the business he leads may face regarding ATC's insufficient public accounting of legal risks. Your firm attempts to falsely implicate my hobby of editing Wikipedia as an action orchestrated by Niral A. Patel. Rather than acknowledging the lack of transparency on ATC's accounting reports, you are bullying me for being a curious community member and potential ATC investor.

Please be advised, should you and your firm continue down this pathway of harassment, intimidation, and bullying of my rights as a private citizen with little relationship to Niral A.

Patel or the proceeding you have in the Northern District of New York, I will sue you, your firm, Adirondack Trust Company, and Charles Wait, Jr. (individually) for harassment. I have had absolutely zero communications with Niral A. Patel, his family, his associates, or his legal team regarding my private actions in civic discourse.

Please be advised, any claims brought toward me individually shall be answered by my Progressive Insurance Company Umbrella Policy, which indemnifies me against frivolous lawsuits attacking my freedom of expression and right to petition the government. I reserve my right to defend myself privately against you, your firm, and your client's harassment in addition to accessing Progressive's indemnity protection.

Please be advised, I have reported the matter of questionable accounting practices to the NYS Department of Finance, the Federal Reserve Bank of New York, the US Department of the Treasury, and the Securities and Exchange Commission. This is very simply because I believe you are harassing me after I drew attention to public accounting reports through my own civic duty. Indeed, these reports were made within the last week.

Please be advised that you and your law firm should consider this letter as an attempt to protect my rights as a private citizen with little to any relationship to the court proceeding, as a customer of PACER abiding to its terms and conditions for public access, an account user at Wikipedia abiding to its terms and conditions, and a person with strong ties to the Capital and Adirondack Regions.

Please be advised that, should you and your firm not cease and desist in this described behavior, I will not hesitate to sue you (individually), your law firm, and your client (individually) for the harassment I am now experiencing based on your recent bad faith actions before the federal court to harass, intimidate, and bully my rights as a private citizen with interests in meaningful civic discourse.

Sincerely,

Rahul Jain