

One Commerce Plaza
Albany, New York 12260
518.487.7600

Jennifer M. Yetto
Associate
(518) 487-7732
jyetto@woh.com

June 13, 2025

**VIA PACER**
Hon. David N. Hurd
United States District Court
Northern District of New York
Alexander Pirnie Federal Building and U.S. Courthouse
10 Broad Street
Utica, New York 13501

    Re:    *Adirondack Trust Company v. Maha Laxmi Corp., et. al.*
              1:21-cv-01334-DNH-ML (N.D.N.Y.)

Dear Judge Hurd:

    This firm represents Defendants in the above-referenced action. As the Court is aware, the parties each filed summary judgment motions on April 4, 2025 (Dkt. Nos. 125-130). The parties recently filed oppositions to the respective summary judgment motions on May 30, 2025 (Dkt. Nos. 138-146). I am writing with respect to the parties' reply briefs, which are currently due on June 20, 2025. In light of the complex issues and substantial discovery materials that have been provided both in support of and in opposition to the parties' respective summary judgment motions, the Defendants respectfully request a second brief extension of time to file reply briefs, to July 2, 2025. We have spoken with Plaintiff's counsel who advises that Plaintiff does not object to this request.

Additionally, in light of the complex issues and substantial discovery materials, and in accordance with Local Rule 7.1(b)(l), the Defendants respectfully request permission to file oversized reply briefs, not to exceed twenty (20) pages, in further support of the parties' respective summary judgment motions. Again, Plaintiff does not object to this request.
    The parties thank the Court for its time and consideration.

                                         Respectfully submitted,

                                         *Jennifer M. Yetto*

                                         Jennifer M. Yetto

2