**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

ADIRONDACK TRUST COMPANY,

*Plaintiff,*

*v.*

MAHA LAXMI CORP., MAHA LAXMI II CORP., JAGDAMBA INC., JAGDAMBA II CORP., JAGDAMBA III CORP., JAGDAMBA V CORP., JAGDAMBA VI CORP., NORTHEAST DINING & LODGING, INC., POUGHKEEPSIE GC, INC., SYRACUSE GC, INC., NIRAL A. PATEL, and NIRMALA A. PATEL,

*Defendants.*

**STIPULATION AND ORDER SEVERING CLAIMS AGAINST DEFENDANT SYRACUSE GC,INC.**

1:21-cv-01334-DNH-ML
Hon. David N. Hurd

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, subject to the approval of the Court, as follows:

**WHEREAS**, Plaintiff Adirondack Trust Company ("ATC") commenced this action against Defendants Maha Laxmi Corp., Maha Laxmi II Corp., Jagdamba Inc., Jagdamba II Corp., Jagdamba III Corp., Jagdamba V Corp., Jagdamba VI Corp., Northeast Dining & Lodging, Inc., Poughkeepsie GC, Inc., Syracuse GC, Inc., Niral A. Patel, and Nirmala A. Patel (collectively, "Defendants");

**WHEREAS**, on January 11, 2021, Defendants Maha Laxmi II Corp. and Jagdamba II Corp. filed bankruptcy petitions in the U.S. Bankruptcy Court for the Northern District of New York and, therefore, this action has been stayed and continues to be stayed against Defendants Maha Laxmi II Corp. and Jagdamba II Corp.

**WHEREAS**, on August 18, 2026, Defendant Syracuse GC, Inc. ("Syracuse GC") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the

"Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of New York, Case No. 26-10944-1-pgr (the "Bankruptcy Case");

**WHEREAS**, pursuant to 11 U.S.C. § 362(a), the filing of Syracuse GC's bankruptcy petition may operate as an automatic stay of the commencement or continuation of any judicial proceeding against Syracuse GC that was or could have been commenced before the filing of the bankruptcy petition (the "Automatic Stay");

**WHEREAS**, the parties agree that, in light of the Automatic Stay, ATC's claims against Syracuse GC should be severed from this action and held in abeyance pending resolution of the Bankruptcy Case or further order of this Court;

**NOW, THEREFORE**, IT IS HEREBY STIPULATED AND AGREED as follows:

1. ATC's claims as against Syracuse GC, Inc. are hereby severed from this action and shall be held in abeyance pending resolution of the Bankruptcy Case or further order of this Court.

2. This action shall continue as against the remaining Defendants: Maha Laxmi Corp., Jagdamba Inc., Jagdamba III Corp., Jagdamba V Corp., Jagdamba VI Corp., Northeast Dining & Lodging, Inc., Poughkeepsie GC, Inc., Niral A. Patel, and Nirmala A. Patel.

3. The severance of ATC's claims against Syracuse GC, Inc. is without prejudice to any right ATC may have to seek relief from the Automatic Stay in the Bankruptcy Court or to move to reinstate the claims against Syracuse GC, Inc. in this action upon the termination or modification of the Automatic Stay.

4. All pending motions in this action, to the extent directed at the remaining Defendants, shall not be affected by this Stipulation.

Dated: Albany, New York
October 7, 2026

WHITEMAN OSTERMAN & HANNA LLP

William S. Nolan, Esq.
Jennifer Thomas Yetto, Esq.
Once Commerce Plaza
Albany, NY 12260
T: (518) 487-7773
F: (518) 487-7777
wnolan@woh.com
jyetto@woh.com

*Attorneys for Defendants*

CULLEN AND DYKMAN LLP

Christopher E. Buckey, Esq.
Kristen A. Davis, Esq.
80 State Street, Suite 900
Albany, NY 12207
T: (518) 788-9440
F: (518) 689-9519
cbuckey@cullenllp.com
kdavis@cullenllp.com

*Attorneys for Plaintiff*

**SO ORDERED.**

Dated: October 8, 2026

Utica, New York

David N. Hurd
U.S. District Judge