**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

ADIRONDACK TRUST COMPANY,

*Plaintiff*,

v.

MAHA LAXMI CORP., MAHA LAXMI II CORP., JAGDAMBA INC., JAGDAMBA II CORP., JAGDAMBA III CORP., JAGDAMBA V CORP., JAGDAMBA VI CORP., NORTHEAST DINING & LODGING, INC., POUGHKEEPSIE GC, INC., SYRACUSE GC, INC., NIRAL A. PATEL, and NIRMALA A. PATEL,

*Defendants*.

**NOTICE OF MOTION**

Index No. 1:21-cv-01334-DNH-ML

**PLEASE TAKE NOTICE**, that, upon the Declaration of Christopher E. Buckey, dated October 13, 2026, and the exhibits annexed thereto (the "Buckey Declaration"), the Memorandum of Law in Support of Plaintiff Adirondack Trust Company's ("ATC") Motion for Attorneys' Fees, dated October 13, 2026, and all prior pleadings and proceedings had herein, ATC, by and through its attorneys, Cullen and Dykman LLP, will move this Court at the Alexander Pirnie Federal Building & U.S. Courthouse, 10 Broad St., Utica, NY 13501 on the 12th day of November at 10:00 A.M., or as soon thereafter as counsel can be heard, for an Order granting Plaintiff's Motion for Attorneys' Fees in its entirety and granting such other relief as the Court finds proper.

Dated: October 13, 2026
Albany, New York

CULLEN AND DYKMAN LLP

By: /s/ *Christopher E. Buckey*
Christopher E. Buckey, Esq. (BR #510106)

Kristen A. Davis, Esq. (BR #705147)
80 State Street, Suite 900
Albany, NY 12207
T: (518) 788-9440
F: (518) 689-9519
cbuckey@cullenllp.com
kdavis@cullenllp.com

*Counsel for Adirondack Trust Company*